IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT Nashville DIVISION

RECEIVED
JUL 30 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

TEON ADAMS,
PLAINTIFF,

VS. CIVIL ACTION
NO.________________

Riverbend Maximum Security Institution
Tennessee Department of Correction
Riverbend Maximum Security Medical agency
DEFENDANT (S)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. ' 1983**

I. Previous Lawsuits:

A. Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES___ NO ✓

B. If your answer to A is "Yes"; describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiffs: N/A
Defendants: N/A

2. Court (if Federal Court, name the District; if State Court Name the County): N/A

3. Docket Number: N/A

4. Name of Judge whom case was assigned : N/A

5. Disposition (for example; Was the case dismissed? Was it Appealed ? Is it still pending?) N/A

6. Approximate date of filling lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Riverbend Maximum Security Institution

A. Is there a prisoner grievance procedure in this Institution? YES ✓ NO___

B. Did you present the facts relating to your complaint in the Prison Grievance Procedure? YES ✓ NO___

C. If your answer is "YES":

1. What steps did you take? I Filed a grievance like 5 Time's

2. What was the result? Grievance was Sent Back ignored 2-2-26, 2-17-26 4-7-26, 5-26-26 6-15-26

D. If your answer is "NO", explain why not: N/A

III. Parties:

(In item A place your full name and address. Do the same for additional plaintiffs, if any. In item B below, place the full name of the Defendant in the blank marked B and his Official Position and place of Employment. Do the same for additional Defendants, if any).

A. Name of Plaintiff: [illegible]

Address: [illegible]

Additional Plaintiffs: [illegible]

TEON ADAMS

Riverbend Maximum Security Ins. 7475 Cockrill Bend Blvd, Nashville Tennessee 37209

B. Name of Defendant: Riverbend Maximum Security Institution

Address: 7475 Cockrill Bend Blvd, Nashville Tennessee 37209

Additional Defendants: Tennessee Department of Correction Rachel Jackson Building 6th Floor, 320 6th AVE Nashville Tennessee 37242-0465

NAME of Defendant: Rivebend Maximum Security Medical Agency
Address: 7475 Cockrill Bend Blvd. Nashville Tennesse 37209

IN THE UNITED STATES DISTRICT COURT
FOR THE ______________ DISTRICT OF TENNESSEE
______________________ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C.' 1983

Teon Adams #612984 )
Riverbend Maximum Security Institution )
7475 Cockrill Bend Boulevard )
Nashville TN 37209-1048 )
(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF) )

**Plaintiff(s)** ) **CIVIL ACTION NO:__________**
)
VS. )
Riverbend Maximum Security Institution
Tennessee Department of Correction
Riverbend Maximum Security Institution Medical Agency
)
(NAME OF EACH DEFENDANT) )
**Defendant(s)** )

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Teon Adams #612984
2. Name and location of prison where you are now confined: Riverbend Maximum Security Institution
3. Sentence you are now serving (how long?): 8 yr. 30%
   (a) What were you convicted of? Sales of meth
   (b) Name and location of court which imposed sentence: Knoxville TN, Knoxville County
   (c) When was sentence imposed? 9/5/2019

(d) Did you appeal your sentence and/or conviction? _____Yes __✓__ No

(e) What was the result of your appeal? N/A

(f) Approximate date your sentence will be completed: 8/9/2029

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the **SAME FACTS** involved in this lawsuit or otherwise related to your imprisonment? _____Yes __✓__ No

5. If your answer to question 4 is "yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

(b) Name of Court: N/A

( c) Docket Number: N/A When did you file this lawsuit? N/A

(d) Name of judge assigned to case: N/A

(e) Is this case still pending? N/A Yes N/A No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) N/A

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? Riverbend MAXIMUM Security Institution

(a) How long have you been at this institution? Since Feb 11th 2024

(b) Does this institution have a grievance procedure? __✓__ Yes ___No

(c ) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

✓ Yes ____ No

(2) What was the result? Grievance WAS sent back ignored unprocessed Grievance

(d) If your answer to question 6(b) is "No," explain why not: N/A

(e) What, if anything, have you done to bring your complaint(s) to the attention of Prison Officials? Give dates and places and the names of persons talked to: MAY 14th 2026 i injured my right hand they Came And answered my Sick CAll charged me 3$ And gave me A PRN Got A XRAY done on the 5th of June 15th stell havent Been Seen

7. In what other institutions have you been confined? Give dates of entry and exit.

N/A

N/A

N/A

N/A

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of **each** plaintiff in this lawsuit.

Mr. Teon Adams
RMSI, unit#3
Riverbend MAximum Security Institution 7475
Cockrill Bend Boulevard Nashville, TN 37209-1048

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Riverbend MAximum Security Institution
Tennesse Department of Correction
Riverbend MAximum Security Institution Medical Agency

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, **BRIEFLY** stating what you believe each person knows from having seen or heard what happened.

* Witness who did u Tell About This →

(USE ADDITIONAL SHEETS, IF NECESSARY)

N/A

12. **BRIEFLY** state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.

(USE ADDITIONAL SHEETS, IF NECESSARY)

① I AM Requesting 300,000 From Tennessee Department of Correction in punitive damages. ② I AM Requeting 500,000 From Riverbend MAXIMUM Security Insitution in Compensated damgges. ③ I AM Seeking 500,000 From Riverben MAXIMUM Security Insitution Medical Privit Agency in punitive damage for my hand. ④ I AM Requesting that the Medical Agency hear At Riverbend MAXIMUM Security Pay All my Medacil Cost in generously compensated for it.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under '1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. **KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT.** That mean you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this July day of 30th, 20 26.

* Leon Adams #612984
(Signature of Plaintiff)

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, WHERE the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim **SEPARATELY**.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE SIMPLE, **CONCISE**, AND **DIRECT**. If the court needs additional information from you, you will be notified.

Where did the incident you are complaining about occur? That is, at what institution or institutions?

Riverbend MAXIMUM Security Insititution

* When do you allege this incident took place? On MAY 14th 2026

What happened? I njured my right hand they Came and answered my sick CAll Charged me 3th and gave me A PRN got A XRAY A month in June the 15th As of June 15th still haven't been Seen Cruel and unusual punishment. Now I'm being Told I can either have surgery, or live with A deformity in my hand That would have had proper care would have healed properly. I just had an appointment set for July 23, 2026 to set an day for Surgery, that was canceled without my Knowledge. I has now been Two months and twelve days since I injured my hand And I still no closer to A solution. I can't put any downward pressure on my hand, if I do It just Adds to the pain The in[illegible]y causes me [illegible]

Statement of Claim Facts

May 14th 2026 I Njured my right hand they Came and answered my sick Call charged me 3$ And gave me A PRN got A XRay done on the 5th of June, As of June 15th still havent been Seen March-April-For A week and a half I didn't receive my morning meds Prozac which was dangerous to my well being by Just going cold turkey And not gradually winged off, They have violated my Eighth Amendment Unreasonable risks of health Care! Inadequate medical Care and Other health risks 42 USC § 1997 Confined in A jail/prison or other correctional facilitys injurys suffered while in Custody without a prior showing of physical injury emotional injury so prisoners can still claim injunctive relief or other forms of damages for emotional injuries, Damages of my Tablet due to A FAULTY SOCKET SHORT CRCUITED TO MY TABLET Since Nov 19th 2025 i havent been Able to check my Mail only once, I have wrote Several greivances About my tablet but was ignored, That Along is A Violation of my Eighth Amendment, it is repugment to Conscience of mankind Constitute Cruel an unusual punishment for every One else to be Able to use A Tablet And not me. My religious meal Wasn't properly handled It was Cold, hours late tray was Damaged on the regular basis. When microwaved My bread my fruit, pack of PB&J was Also microwaved. Co's dont do rounds As should At times Coming into pod hours later. Dont give cleaning Supplies haven't used A broom in Two months. Because of RCA/PC Status 3C is treated with Cruel And unhumane intentions. Dont get hours of Rec. or showers like should...

V. Relief:

1. I AM Requesting 300,000 FROM Tennessee Department of Correction in punitive dAMAge's

2. I AM Regeesting 500,000 From Riverbend MAximum Security Insititation in CompensAted dAmage's

3. I AM Seeking 500,000 From Riverbend MAXimum Security Insititution MedicAl Privit Agency in punitbe dAmage For my hand

4. I AM Requesting that the Medical Agency here At Riverbend MAXimum Security PAY All My Medacil Coast in generoysly CompensAted for it;

5. ____________________

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this July day of 30th ,20 26

Teon Adams T-Doc# 612984
RMSI unite 3
Rivebend MAXimum Security Insitifution
7475 Cockcill bend Boulevard
Nashville, Tennessee 37209-1048

(Signature and address of Plaintiff (s))

Teon Adams #612984

Mr. TEON Adams #612984
Riverbend Maximum Security Ins.
7475 Cockrill Bend Blvd
Nashville, TN 37209-1048

US POSTAGE PITNEY BOWES
ZIP 37243 $ 002.56°
02 7W
0008044160 JUL 27 2026

FIRST-CLASS

RECEIVED
JUL 27 2026
RMSI MAILROOM
OUTGOING LEGAL

Clerk U.S. District Court
Middle District of Tennessee
719 Church Street Suite 1300
Nashville Tennessee 37203

RECEIVED
JUL 30 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

RECEIVED

JUL 2 7 2026

RMSI MAILROOM
OUTGOING LEGAL

The Dept of Corrections/RMSI
HAS NOT inspected nor
censored and is n...
responsible for the contents

The De... of Corrections/RMSI
H... T inspected nor
...ed and is not
respons... for the contents